In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00394-CR
_____

JAKARI STONER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 12-15437

MEMORANDUM OPINION

Appellant Jakari Stoner was indicted for indecency with a child, a second-degree felony. *See* Tex. Penal Code Ann. § 21.11(a)(1), (d) (West 2011). Stoner pleaded guilty pursuant to a plea bargain agreement. The trial court found the evidence sufficient to find Stoner guilty, but deferred further proceedings, placed Stoner on community supervision for ten years, and assessed a fine of $500. The State subsequently filed a motion to revoke Stoner's unadjudicated community supervision. Stoner pleaded "true" to two of the alleged violations of the terms of

1

his community supervision. The trial court found that Stoner violated the conditions of his community supervision, found Stoner guilty of indecency with a child, and assessed punishment at fifteen years of confinement. Stoner then filed this appeal.

Stoner's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Stoner filed a *pro se* brief in response. The Court of Criminal Appeals has held that we need not address the merits of issues raised in *Anders* briefs or *pro se* responses. *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Rather, an appellate court may determine either: (1) "that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error"; or (2) "that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id.*

We have determined that this appeal is wholly frivolous. We have independently examined the clerk's records and the reporter's record, and we agree that no arguable issues support an appeal. *See id.* Therefore, we find it unnecessary

to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 24, 2017
Opinion Delivered September 27, 2017
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1]Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.